

# NUMBER 13-15-00513-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

KEVIN LOZANO A/K/A
KEVIN LOZAWO,                                              Appellant,

v.

THE STATE OF TEXAS,                                       Appellee.

---

### On appeal from the 357th District Court
### of Cameron County, Texas.

---

# ORDER

### Before Chief Justice Valdez and Justices Longoria and Hinojosa
### Order Per Curiam

This cause is before the Court on the record and appellant's brief. Appellant's brief was filed on April 5, 2018. The State has not filed a brief. The Court, having fully examined the record and appellant's brief hereby ORDERS the State to file its brief with this Court on or before November 26, 2018. Further motions for extension of time will

not be favorably entertained by the Court.

The State's first motion for extension of time to file its appellate response brief is

DISMISSED AS MOOT.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
23rd day of October, 2018.

2